PROB 35 [EDTN57]
3/2000

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

### Request for Termination of Supervision Prior to Original Expiration
### (Order Attached)

**Name of Offender:** Antoric Deonne Wilson  **Docket Number:** 1:04-CR-117-001

**Name of Sentencing Judicial Officer:** The Honorable Curtis L. Collier
United States District Court Judge

**Name of Presiding Judicial Officer:** The Honorable Travis R. McDonough
Chief United States District Court Judge

**Date of Original Sentence:** September 16, 2005

**Original Offense:** Conspiracy to Distribute 50 Grams or More of Cocaine Base

**Original Sentence:** 240 months imprisonment, five (5) years of Supervised Release

**Sentence Reduction- March 25, 2010:** 193 months imprisonment, five (5) years of Supervised Release

**Sentence Reduction- August 17, 2015:** 188 months imprisonment, five (5) years of Supervised Release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** March 28, 2018

**Date Supervision Expires:** March 27, 2023

## PETITIONING THE COURT

To terminate the term of supervision effective immediately.

## CAUSE

Mr. Wilson began his term of supervised release on March 28, 2018, in the Eastern District of Tennessee. He has completed two (2) years and seven (7) months of his five (5) years of Supervised Release. His progress on supervision has been above average. Mr. Wilson has satisfied his special assessment fee and his DNA was secured on April 20, 2011. He has maintained a stable residence and employment. Mr. Wilson has never tested positive for any illegal drug use nor has he incurred any new arrests while under supervision. Mr. Wilson is scheduled to terminate his supervised release on March 27, 2023. Due to his above average compliance during his supervised release, his case is considered appropriate for early termination.

Assistant United States Attorney Perry H. Piper was consulted on October 29, 2020, regarding this request and indicated he had no objections to this recommendation. Therefore, if the Court concurs, this officer respectfully recommends that the Court terminate Mr. Wilson's supervised release effective immediately.

Respectfully submitted,

_____
Alixsandral W. Finley
United States Probation Officer

APPROVED BY:

_____
Kevin Matherly
Supervising United States Probation Officer

AWF: mfw

# UNITED STATES DISTRICT COURT

# FOR THE

# EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NUMBER 1:04-CR-117-001 |
| | ) | |
| Antoric Deonne Wilson | ) | |

## ORDER OF COURT

On <u>September 16, 2005,</u> the above-named defendant was sentenced to a term of supervised release for a period of five (5) years, which commenced on March 28, 2018. The defendant has complied with the rules and regulations of supervision and has achieved all supervision objectives. Accordingly, it is hereby ordered that the defendant be discharged from supervision.

Dated this <u>2nd</u> day of <u>November</u>, <u>2020</u>.

_____
The Honorable Travis R. McDonough
Chief United States District Judge